**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **RHONDA SUE MILLER,** | Case No.: 4:21-CV-00491-YGR |
|     **Plaintiff,** | **ORDER TO SHOW CAUSE REGARDING PLAINTIFF'S FAILURE TO COMPLY WITH THIS COURT'S STANDING ORDER IN CIVIL CASES** |
|     vs. | |
| **COUNTY OF SONOMA, ET AL.,** | |
|     **Defendants.** | |

**TO PLAINTIFF AND HER COUNSEL OF RECORD:**

Counsel for the plaintiff in this case is hereby **ORDERED TO SHOW CAUSE** why they should not be sanctioned $250.00 for failing to comply with this Court's Standing Order in Civil Cases ("Standing Order") regarding Pre-filing Conferences for Summary Judgment Motions.

The Court's Standing Order states at Section 9(a): "Within **three (3) business** days after receipt of the [defendants'] letter, any party who will oppose the motion must file a written response addressing the substance of the [defendants'] letter, with a copy to Chambers and the [defendants]. This response shall also be limited to three single-spaced pages, *including* any attached exhibits or supporting papers."

Defendants filed their pre-filing conference letter on July 6, 2022. (Dkt. No. 49.) To date, plaintiffs have failed to file a response to that letter. Relevant scheduling deadlines are imminent, and the Court cannot schedule a conference without plaintiff's required filing.

**Plaintiff shall file a response to the pre-filing letter by July 13, 2022.** The Court can engage in a conference on July 14, 2022 at 4:00 p.m.; July 15, 2022 between 9:00 a.m. and 11:30 a.m.; or July 22, 2022 between 9:00 a.m. and 1:00 p.m. The conferences generally last 45 minutes. The parties shall meet and confer and advise the Court of their preference.

A hearing on this Order to Show Cause shall be held at the same time of the conference but in no event later than July 22, 2022 at 9:00 a.m., in the Federal Courthouse, 1301 Clay Street, Oakland, California, Courtroom 1.  Counsel must file a written response to this Order to Show Cause no later than noon on July 14, 2022.

**IT IS SO ORDERED.**

Dated: July 12, 2022

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**