PANISH | SHEA | BOYLE | RAVIPUDI LLP
ADAM SHEA, State Bar No. 166800
  *shea@psblaw.com*
NICHOLAS W. YOKA, State Bar No. 314906
  *yoka@psblaw.com*
11111 Santa Monica Boulevard, Suite 700
Los Angeles, California 90025
Telephone: 310.477.1700
Facsimile: 310.477.1699

LAW OFFICES OF DALE K. GALIPO
DALE K. GALIPO, State Bar No. 144074
  *dalekgalipo@yahoo.com*
ERIC VALENZUELA, State Bar No. 284500
  *evalenzuela@galipolaw.com*
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Phone: 818.347.3333 | Fax: 818.347.4118

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| RHONDA SUE MILLER,<br><br>       Plaintiff,<br><br>       v.<br><br>COUNTY OF SONOMA, and DOES 1-10, inclusive,<br><br>       Defendants. | Case No. 3:21-cv-491-YGR<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>**TRIAL DATE:  December 5, 2022** |

**TO THE HONORABLE COURT, ALL PARTIES AND COUNSEL:**

**PLEASE TAKE NOTICE** that the parties have reached a settlement of this entire case for a specified amount and that the settlement has been approved.

Plaintiffs will file a notice of dismissal pursuant to FRCP 41(a)(1)(A) upon receipt of the settlement funds.

The parties request that this Court retain jurisdiction over this matter to enforce the terms of the settlement.

The parties request that the Court vacate all hearing dates as well as the

Final Pretrial Conference and Jury Trial dates.

DATED: August 5, 2022           PANISH | SHEA | BOYLE | RAVIPUDI LLP

                                By:  ___*/s/ Nicholas W. Yoka*___
                                     Nicholas W. Yoka
                                     Adam K. Shea
                                     Attorneys for Plaintiff

DATED: August 5, 2022           LAW OFFICES OF DALE K. GALIPO

                                By:  ___*/s/ Eric Valenzuela*___
                                     Dale K. Galipo
                                     Eric Valenzuela
                                     Attorneys for Plaintiff

DATED: August 5, 2022           McNAMARA, AMBACHER, WHEELER
                                HIRSIG & GRAL, LLP

                                By:  ___*/s/ Noah G. Blechman*___
                                     Noah G. Blechman
                                     Ashlee N. Thomas
                                     Attorneys for Defendants