UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RHONDA SUE MILLER,**<br><br>        Plaintiff,<br><br>   v.<br><br>**COUNTY OF SONOMA, ET AL.,**<br><br>        Defendants. | Case No. 4:21-cv-00491-YGR<br><br>**ORDER OF CONDITIONAL DISMISSAL** |

The plaintiff to this action, by and through counsel, has advised the Court the parties have agreed to settlement. Based thereon, the matter is **DISMISSED WITH PREJUDICE** and any hearings and deadlines in this matter are **VACATED**.

It is further ordered that if any party certifies to the Court, with proper notice to all other parties, within ninety (90) days from the date of this Order, that the case should be reopened, this Order shall be vacated and this case shall be restored to the calendar for further proceedings.

**IT IS SO ORDERED**.

Dated: August 11, 2022

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**